IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02213-BNB

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

TOM CLEMENTS,
DR. ANTHONY P. YOUNG,
JOHN SUTHERS, and
DR. JIM MAUCHAD,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion for Court Assistance With Legal Mail Processing Denials," filed by Plaintiff on September 16, 2011 (Doc No. 4). The motion is DENIED as unnecessary. The case is pending before the Court and there are no pleadings due at this time. A two-day delay in mailing is not a state constitutional violation.

Dated: September 21, 2011