IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02213-BNB

JOSEPH LOUIS DURAN,

    Plaintiff,

v.

DIRECTOR COLORADO DEPARTMENT OF PAROLE, Unknown,
TOM CLEMENTS,
DR. ANTHONY P. YOUNG,
JOHN SUTHERS, and
DR. JIM MAUCHAD,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Joseph Louis Duran, initiated the instant action, he was incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. On September 30, 2011, Plaintiff submitted to the Court a Notice of Change of Address indicating that he no longer is incarcerated and now is residing in Denver, Colorado.

Plaintiff's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2$^{d}$ Cir. 1996). Therefore, Plaintiff will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action.  Accordingly, it is

ORDERED that within thirty days from the date of this Order Plaintiff submit to the Court an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used by nonprisoners to request leave to proceed pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order, within thirty days of the date of the Order, the Complaint and action will be dismissed without further notice.

DATED November 18, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge